UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | | |
|---|---|---|
| MICHELE WEISS, individually and on behalf of all others similarly situated, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | NO. 2:04-CV-463 PS |
| MARK WEINBERG, M.D., *et al.* | ) ) | |
| Defendants. | ) | |

## ORDER

Before the Court are the Reports and Recommendations of Magistrate Judge Paul Cherry entered on April 5, 2006 regarding settlement of this class action. [DE 120, 121] Magistrate Judge Cherry entered his Reports and Recommendations after conducting a final approval hearing on March 27, 2006. [DE 113] More than ten days have passed since the entry of Judge Cherry's Reports and Recommendations and no party has filed an objection to them. The Court, having reviewed the Reports and Recommendations and agreeing with the reasoning therein, hereby **ADOPTS** the Reports and Recommendations [DE 120, 121] in their entirety and incorporates all of their findings and recommendations into this order.

**SO ORDERED.**

ENTERED:  April 26, 2006

        s/ Philip P. Simon
        PHILIP P. SIMON, JUDGE
        UNITED STATES DISTRICT COURT